# Order

**Supreme Court**
**Lansing, Michigan**

September 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127871

ROBERT THOMAS CROUCHMAN and
SUGAR M. CROUCHMAN,
      Plaintiffs,

v

MOTOR CITY ELECTRIC COMPANY
and CITIZENS INSURANCE COMPANY,
      Defendants,

and

KEVIN JAMES WIECZOREK,
      Defendant/Third-Party
      Plaintiff/Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
a/k/a HOME-OWNERS INSURANCE
COMPANY,
      Third-Party Defendant/Appellant.
_____/

SC: 127871
COA: 248419
Wayne CC: 01-112063-NI

On order of the Court, the application for leave to appeal the October 28, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether the Court of Appeals erred in concluding that there is coverage where the automobile involved in the accident is not owned by the insured but is furnished to or available for regular use by the insured. The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2005

d0926

Clerk